# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ANTHONY QUINN,<br><br>Defendant. | CR 12–31–M–DLC<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on February 19, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

1

Judge Lynch recommended this Court accept Christopher Anthony Quinn's guilty plea after Quinn appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Distribution of Child Pornography (Count I) in violation of 18 U.S.C. § 2252A(a)(2), as set forth in the Indictment. Defendant has agreed to the forfeiture allegation in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (doc. 21), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Christopher Anthony Quinn's motion to change plea (doc. 14) is GRANTED.

DATED this 12th day of March, 2013.

_____
Dana L. Christensen, District Judge
United States District Court